IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 3:20-CR-97-KAC-JEM |
| WILLIAM HOLLEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on Defendant Holley's *pro se* Motion for New Counsel [Doc. 108], filed on March 14, 2022. *See* 28 U.S.C. § 636(b). At Defendant's initial appearance on October 21, 2020, the Court appointed CJA Panel Attorney R. Deno Cole to represent Defendant Holley [Doc. 10]. In his *pro se* filing, Defendant expresses concern about the lack of communication with counsel. Defendant states he and members of his family have attempted to contact Attorney Cole on multiple occasions but have received no response. Before substituting court-appointed counsel, the Court must find an actual conflict of interest or an irreparable breakdown in the attorney-client relationship. In the instant case, it appears Defendant's concerns could likely be remedied with additional communication. Accordingly, the Court **DIRECTS** defense counsel to confer with Defendant Holley about the concerns expressed in his *pro se* filing [Doc. 108] and to file either a motion for review of the attorney-client relationship or a motion to withdraw the *pro se* motion, as appropriate. Defense counsel shall file a motion on or before **March 24, 2022**.

IT IS SO ORDERED.

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge